## LECOMPT V. BANK OF INTERPRISE.

*Assumpsit.*

(Decided Jan. 23, 1907.)

APPEAL from Coffee Circuit Court.

Heard before Hon. H. A. PEARCE.

J. F. SANDERS, for appellant.

M. SOLLIE, for appellee.

Per curiam.—Dismissed by agreement of parties.